# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**NANCY WHITWORTH**                                                                             **PLAINTIFF**

**V.**                                                              **CIVIL ACTION NO. 1:17CV62HSO-JCG**

**JEAN MARIE MANN and**
**COAST NATIONAL INSURANCE COMPANY**                               **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on for hearing on the joint motion, *ore tenus* of the Plaintiff, Nancy Whitworth, and Defendants, Jean Marie Mann and Coast National Insurance Company, to dismiss any and all claims of Plaintiff with prejudice against Defendants, and the parties having appeared and announced that all causes of action by Plaintiff against Defendants have been fully compromised and settled as between them and that there remain no issues to be litigated between Plaintiff and Defendants nor adjudicated and determined by the Court as between them, and these parties having consented to the entry of this Order and agreeing that Plaintiff's claims against Defendants should be dismissed with prejudice with the parties to bear their own costs, and the Court being fully advised in the premises, finds that the joint motion to dismiss all of Plaintiff's claims with prejudice against Defendants is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that all causes of action of Plaintiff, Nancy Whitworth, against the Defendants, Jean Marie Mann and Coast National Insurance Company, be and the same hereby are dismissed with prejudice with each party to bear their own costs.

**SO ORDERED** this the 9th day of February, 2018.

                                                           *s/ Halil Suleyman Ozerden*
                                                           HALIL SULEYMAN OZERDEN
                                                           UNITED STATES DISTRICT JUDGE

AGREED TO BY:

*/s/ James K. Wetzel*
James K. Wetzel, Esq. (MSB NO. 7122)
Attorney for Plaintiff, Nancy Whitworth

*/s/ Walker R. Gibson*
Walker R. Gibson, Esq. (MSB NO. 100051)
Attorney for Defendant, Coast National Insurance Company

*/s/ Philip G. Smith*
Philip G. Smith, Esq. (MSB NO. 101841)
Attorney for Defendant, Jean Marie Mann